**SIGNED THIS 24th day of September, 2019**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL W. DECKER, | ) | Case No. **17-50297** |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING TRUSTEE'S SECOND
### APPLICATION FOR APPOINTMENT OF ATTORNEY

The matter before the Court is the Trustee's Second Application for Appointment of Attorney (the "Application"), filed by W. Stephen Scott, Trustee, trustee of the estate of the above-named debtor, seeking appointment of Gentry Locke Rakes & Moore, LLP (the "Proposed Professional") as attorney for the Trustee.

Upon the consideration of the Application and the Verified Statement of Proposed Professional contained therein, the Court finds that (i) the Proposed Professional is qualified to assist the Trustee in the performance of his duties, as requested in the Application; (ii) the Trustee's employment of the Proposed Professional is in the best interest of the estate and will provide benefit to the estate and its creditors; and (iii) the Proposed Professional has properly disclosed all connections, as required, and is a disinterested person.

1

For this and other good cause shown, and there being no objection to the Application, it is hereby ORDERED and DECREED that:

1. The Application is GRANTED in its entirety.

2. The Trustee is authorized to employ the Proposed Professional as his attorney in this Case, retroactively effective as of the date of the Application, and subject to the terms and conditions set forth in the Application, with compensation and expenses incurred, if any, to be paid by the Trustee to the Proposed Professional after application to the Court and notice to all creditors and parties in interest in the Case by the Proposed Professional and approval by the Court.

**END OF ORDER**

I ask for this:


/s/ W. Stephen Scott, Trustee (with email authorization)
W. Stephen Scott, Chapter 7 Trustee
P.O. Box 1312
Charlottesville, VA 22902
Telephone: (434) 227-5520
Email: wsscott7trustee@earthlink.net



Seen and Consenting:


/s/ W. Joel Charboneau (with email authorization)
W. Joel Charboneau, Esq. (Va. Bar No. 68025)
Office of the United States Trustee
Suite 505, 210 First Street, S.W.
Roanoke, VA 24011
Telephone: (540) 857-2699
Facsimile: (540) 857-2844
Email: Joel.Charboneau@usdoj.gov

  Counsel for the United States Trustee